

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed August 20, 2009            United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-43754-RFN-13 |
| | § | |
| TOBY MICHELLE POWELL, | § | |
|    Debtor | § | CHAPTER 13 |
| | § | |
| BANK OF AMERICA, N.A. ITS | § | |
| ASSIGNS AND/OR SUCCESSORS IN | § | |
| INTEREST, | § | |
|    Movant | § | HEARING DATE: 08/19/2009 |
| | § | |
| v. | § | TIME: 09:30 AM |
| | § | |
| TOBY MICHELLE POWELL; TIM | § | |
| TRUMAN, Trustee | § | |
|    Respondents | § | JUDGE RUSSELL NELMS |

**AGREED ORDER LIFTING STAY
AS TO DEBTOR**

On this day came on before the Court the Motion of BANK OF AMERICA, N.A. ITS

ASSIGNS AND/OR SUCCESSORS IN INTEREST, Movant, for Relief from the Automatic

Stay. The Court is advised Debtor is surrendering the subject property and the Motion should be granted. Therefore, it is

ORDERED that the stay afforded by 11 U.S.C. §362 is terminated with respect to Movant on the following described property, to wit:

LOT 216, WEDGEWOOD PARK, ACCORDING TO BOOK 97 OF MAPS, PAGE 4, RECORDS OF MARICOPA COUNTY, ARIZONA.

### End of Order ###

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

/s/ KADRA ALEXANDER

| KADRA ALEXANDER | RICHARD W. ANDERSON |
|---|---|
| TX NO. 24040405 | 11520 N. CENTRAL EXPRESSWAY |
| 15000 SURVEYOR BLVD. SUITE 100 | SUITE 212 |
| ADDISON, TX 75001 | DALLAS, TX 75243 |
| Telephone: (972) 341-0500 | |
| Facsimile: (972) 341-0502 | ATTORNEY FOR DEBTOR |
| E-mail: NDECF@BBWCDF.COM | |
| ATTORNEY FOR MOVANT | |

Stay. The Court is advised Debtor is surrendering the subject property and the Motion should be granted. Therefore, it is

ORDERED that the stay afforded by 11 U.S.C. §362 is terminated with respect to Movant on the following described property, to wit:

LOT 216, WEDGEWOOD PARK, ACCORDING TO BOOK 97 OF MAPS, PAGE 4, RECORDS OF MARICOPA COUNTY, ARIZONA.

### End of Order ###

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

/s/ KADRA ALEXANDER

| KADRA ALEXANDER | MARCUS B. LEINART |
| TX NO. 24040405 | 11520 N. CENTRAL EXPRESSWAY |
| 15000 SURVEYOR BLVD. SUITE 100 | SUITE 212 |
| ADDISON, TX 75001 | DALLAS, TX 75243 |
| Telephone: (972) 341-0500 | |
| Facsimile: (972) 341-0502 | ATTORNEY FOR DEBTOR |
| E-mail: NDECF@BBWCDF.COM | |
| ATTORNEY FOR MOVANT | |